494

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* GEORGE HENRY, JR., Appellant.

Argued December 4, 1936; decided December 31, 1936.

*W. Bartlett Sumner* for appellant.

*Walter C. Newcomb, District Attorney* (*David F. Doyle* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: O'BRIEN, HUBBS, CROUCH and FINCH, JJ. Dissenting: CRANE, Ch. J., LEHMAN and LOUGHRAN, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADAMS ELECTRIC LIGHT COMPANY, Appellant, *v.* MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Submitted December 4, 1936; decided December 31, 1936.